# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA MONTOYA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>Defendant.<br>_____ | NO. CV 17-6075-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the Stipulation For Award of EAJA Fees pursuant to 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on March 7, 2018, IT IS ORDERED that fees in the amount of $1,495.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: March 8, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1